In the Matter of E. F. W. WILDERMUTH, Appellant, against S. HOWARD COHEN, et al., as Members of the Board of Elections of the City of New York, et al., Respondents.

Argued October 9, 1942; decided October 14, 1942.

*Joseph Lonardo* and *E. F. W. Wildermuth*, in person, for appellant.

*William C. Chanler, Corporation Counsel (Charles F. Murphy, Paxton Blair* and *Thomas W. A. Crowe* of counsel), for Board of Elections of the City of New York, respondent.

*John J. Bennett, Jr., Attorney-General (Howard F. R. Mulligan* and *Henry Epstein* of counsel), for Michael F. Walsh, as Secretary of State, respondent.

*J. Irwin Shapiro* for Charles P. Sullivan, intervener, respondent.

*Sydney Rosenthal* and *Benjamin J. Jacobson* for James A. Roe, as Chairman of the Executive Committee of the Democratic Party of Queens County, intervener, respondent.

*William B. Groat* for Queens County Republican Committee, intervener, respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: RIPPEY, J.